Darryl TOLBERT, Petitioner–Appellant,

v.

James H. GOMEZ, Director; William Duncan, Warden; Attorney General Of The State Of California, Respondents–Appellees.

No. 97–55004.

United States Court of Appeals, Ninth Circuit.

Nov. 12, 1998.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.